

FILED
APR 19 2017
DAVID CREWS, CLERK
BY_____ Deputy

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                             CRIMINAL NO.: 4:17CR049
                                    18 U.S.C. Section 1708
LINSEY JEAN PHELPS            18 U.S.C. § 1344(1)

### Indictment

The Grand Jury charges that:

### Count One

On or about March 1, 2016, in the Northern District of Mississippi, the defendant, LINSEY PHELPS, did steal and take from and out of an authorized depository for mail matter, mail matter addressed to Victim 1 in violation of Title 18, United States Code Section 1708.

### Counts Two through Four

On or about March 14-15, 2016, in the Northern District of Mississippi, LINSEY PHELPS, defendant, having devised a scheme and artifice to defraud Guaranty Bank of Cleveland, Mississippi by means of material false and fraudulent pretenses, representations and promises, Guaranty Bank of Cleveland, Mississippi, being financial institution, whose deposits were then insured by the Federal Deposit Insurance Corporation, as defined by 18 U.S.C. § 20, the activities of which financial institution affected interstate commerce; which representations were relied upon by Guaranty Bank of Cleveland, Mississippi and which put Guaranty Bank of Cleveland at risk of financial loss.

The defendant, LINSEY PHELPS stole mail from the mailbox of Victim 2, which included a blank checkbook containing blank checks. She then forged two of these checks to herself as payee, and cashed them at Guaranty Bank of Cleveland, Mississippi, the very same bank the checks were drawn. She also forged one of the checks to C-Spire to pay for her cell phone bill.

### Count Two

To knowingly execute and attempt to execute the scheme and artifice to defraud, on or about March 14, 2016, LINSEY PHELPS cashed check number 1006 from account ending in 7903, bearing the forged signature of payor Victim 2, at Guaranty Bank of Cleveland, MS, check made out to LINSEY PHELPS in the amount of $250.00 then well knowing she had forged those signatures and endorsements on said check in violation of Title 18 United States Code, Section 1344 by means of material false and fraudulent pretenses, representations and promises.

### Count Three

To knowingly execute and attempt to execute the scheme and artifice to defraud, on or about March 15, 2016, LINSEY PHELPS deposited Check number 1008 from account ending in 7903 at Guaranty Bank of Cleveland, MS bearing forged signature of payor Victim 2, a check made out to LINSEY PHELPS in the amount of $200.00, then well knowing she had forged those signatures and endorsements on said check in violation of Title 18 United States Code, Section 1344 by means of material false and fraudulent pretenses, representations and promises.

### Count Four

To knowingly execute and attempt to execute the scheme and artifice to defraud on or about March 15, 2016, LINSEY PHELPS deposited Check number 1012 from account ending in

7903 at Guaranty Bank of Cleveland, MS, check made out to C-Spire in the amount of $356.07, then well knowing she had forged those signatures and endorsements on said check in violation of Title 18 United States Code, Section 1344.

                                                                     **A TRUE BILL**

                                                                     */s/redacted signature*
                                                                     **FOREPERSON**

[signature]
**UNITED STATES ATTORNEY**
acting